# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MAZZEO UNUM LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-1553 JAR |
| FAMILY COURT OF NEW YORK STATE, et al., | ) ) ) ) |
| Defendants, | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis and submission of a civil complaint. The motion for leave to proceed in forma pauperis is granted. Additionally, this action is dismissed for improper venue.

Plaintiff brings this action against the Family Court of New York State as well as several cities in New York. The complaint is unintelligible, but it may have something to do with disability benefits or IRS bills. Plaintiff is a resident of New York, and the case bears no relation to this District. Additionally, plaintiff's hundreds of pages of exhibits do not enlighten the Court as to why it was filed in this District.

Pursuant to 28 U.S.C. § 1406(a), "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Due to the unintelligibility of plaintiff's allegations, the Court finds no reason to transfer this case to New York. Therefore, this action is dismissed for lack of venue.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**. (Doc. 2)

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

An Order of Dismissal will be filed forthwith.

Dated this 5th day of July, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2